UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MATTHEW B. CORDER                                                                                            PLAINTIFF

v.                                                                                    CIVIL ACTION NO. 3:06CV-434-S

LOUISVILLE METRO POLICE MERIT BOARD, et al                                     DEFENDANTS

## MEMORANDUM OPINION

The plaintiff moves to remand this matter to the Jefferson Circuit Court on the basis that his claims do not arise under the laws or Constitution of the United States.

In response, the defendants contend that they removed the action to this court based upon the allegations contained in paragraph 10 of the complaint, in which plaintiff, Corder, alleges that he "was deprived of procedural due process . . ."

The defendants contend that this language must necessarily present claims under the United States Constitution, and that the plaintiff has previously argued in administrative proceedings that his federal constitutional rights were abridged.

In reply, the plaintiff contends that he asserts no federal claims in this lawsuit, and that the due process claim he makes in the complaint is asserted under the Constitution of the Commonwealth of Kentucky.  The Constitution of the Commonwealth of Kentucky does not specifically contain a guarantee of due process, but the plaintiff apparently wishes to argue that a guarantee of procedural due process can be implied therefrom.

It is axiomatic that the plaintiff is master of his own complaint and causes of action.  It is also axiomatic that federal question jurisdiction must appear from the face of the complaint.

In this case, it is somewhat equivocal as to whether the plaintiff sought to assert rights under the laws and Constitution of the United States due to the language chosen in paragraph 10 of the complaint. However, the laws and Constitution of the United States are not specifically mentioned and, more importantly, the plaintiff specifically disclaims any such causes of action in his complaint.

Whether or not procedural due process guarantees can be implied in the Constitution of the Commonwealth of Kentucky is irrelevant. The plaintiff is entitled to make such a claim, and it is not for this court to impose federal claims where none are asserted and where such claims are specifically disclaimed.

We therefore chose to take the plaintiff at his word that he asserts no rights under the laws or Constitution of the United States in this action. We will therefore remand this matter to the Jefferson Circuit Court for further proceedings.

The plaintiff is cautioned that if it later becomes apparent in the handling of this matter in the Jefferson Circuit Court that the plaintiff asserts claims arising under the laws or Constitution of the United States, this matter this matter may *ipso facto* become removable. We therefore remand with the understanding and upon representations by the plaintiff that his procedural due process claim asserted in paragraph 10 of the complaint is solely under the laws and Constitution of the Commonwealth of Kentucky.

An order will be entered consonant herewith.

Dated:

cc:     Counsel of Record